IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00378-BNB-PAC

ROSE M. BANKS,

Plaintiff,

v.

UNITED STATES PENITENTIARY, FLORENCE, COLORADO,
H.A. RIOS, JR., individually and in his official capacity as Warden,
JERRY JONES, individually and in his official capacity as Associate Warden,
JEAN EDWARDS, individually and in her official capacity as FCC Volunteer Coordinator, and
UNITED STATES OF AMERICA,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Amend Complaint** [Doc. # 52, filed 9/22/2006] (the "*Motion*").  I held a hearing on the *Motion* this morning and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the *Motion* is GRANTED.  The Clerk of the Court is directed to accept for filing the *Plaintiff's Second Amended Complaint* [Doc. # 53, filed 9/22/2006].

IT IS FURTHER ORDERED that all pending motions to dismiss are DENIED WITHOUT PREJUDICE, and may be renewed, if appropriate, in response to the *Second Amended Complaint*.

IT IS FURTHER ORDERED that the defendants shall respond to the *Second Amended Complaint* on or before **November 11, 2006**.

Dated October 24, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge