IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-00378-BNB-PAC | Date: October 24, 2006 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| ROSE M. BANKS, | Edward McCord |
| Plaintiff, | |
| v. | |
| UNITED STATES PENITENTIARY FLORENCE, Colorado and H. (I) A. RIOS, JR. Individually and in his official capacity as Warden JERRY (I) JONES, individually and in his official capacity as Associate Warden and UNITED STATES, | Michael Johnson |
| Defendants. | |

**COURTROOM MINUTES**

**HEARING: STATUS AND MOTIONS**

Court in Session:     9:32 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Plaintiff's motion to amend complaint(9/15/06 #29) is GRANTED as stated on the record. Defendants to respond to the amended complaint on or before November 13, 2006.

**ORDERED:** Defendants' motion to dismiss to the extent defendants are sued in their official capacities(5/5/06 #4) is DENIED WITHOUT PREJUDICE as stated on the record.

**ORDERED:  Defendants' motion to dismiss to the extent defendants are sued in their individual capacities(8/15/06 #32) is DENIED WITHOUT PREJUDICE as stated on the record.**

Court in Recess        9:44 a.m.        Hearing concluded.

Total time in court:   00:12