IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00378-BNB-PAC (MEH)

ROSE M. BANKS,

Plaintiff,

v.

UNITED STATES PENITENTIARY, FLORENCE, COLORADO,
H.A. RIOS, JR., individually and in his official capacity as Warden,
JERRY JONES, individually and in his official capacity as Associate Warden,
JEAN EDWARDS, individually and in her official capacity as FCC Volunteer Coordinator, and
UNITED STATES OF AMERICA,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Stipulated Motion to Dismiss** [Doc. # 82, filed January 29, 2007] (the "Motion"). The parties have stipulated to the dismissal of all claims, with prejudice, each party to pay its own costs and attorneys' fees. Accordingly,

IT IS ORDERED that the case is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2), each party to pay its own costs and attorneys' fees.

Dated January 30, 2007.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge

1